UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: CV 14-7640-GW
BANKRUPTCY CASE NO. 1:92-bk-13717-GM
BANKRUPTCY CASE NO. 2:13-bk-10386-GM
[CHAPTER 7]

SHIRLEY ANN McCLURE aka/dba SHIRLEY FOOSE McCLURE,
SAM MARKETING SERVICES, DEBTOR

<u>APPELLANT</u>
BARRETT S. LITT

<u>APPELLEE</u>
SHIRLEY ANN McCLURE

**ORDER ON APPELLANT'S MOTION FOR AN EMERGENCY STAY**

GEORGE E. SCHULMAN (State Bar No. 064572)
gschulman@dgk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Appellant, Barrett S. Litt

1233010.1

On October 21, 2014, this Court held a continued hearing on Appellant's motion for an emergency stay. Appearing for Appellant Barrett Litt et al. was George E. Schulman, Danning, Gill Diamond & Kollitz, LLP. Appearing for the Respondent was Debtor and Debtor in Possession Shirley Ann McClure, in pro per. Also present was Faye C. Rasch, Esq., possible bankruptcy counsel for Ms. McClure. The Court appreciates Ms. Rasch's participation and recognizes that unless and until she is employed pursuant to an order of the Bankruptcy Court she has not officially appeared. For the reasons set forth in the Court's opinion dated October 3, 2014, and as stated on the record, the motion is denied as set forth herein. On October 20, 2014, the Respondent filed her "list of proposed payments." On the same date, Appellant filed his response, objecting to certain payments. Appellant's objections are overruled.

The Court is advised by the parties that the funds in question, approximately $432,000, are in a trust account held by the law firm of Greenberg & Bass, LLP. Greenberg & Bass, LLP is authorized by this order to transfer all of the funds to the Debtor-in-Possession to be used as ordered herein.

The Debtor-in-Possession is authorized to make the following payments. Where the word "approximately" is used, the Court and the parties understand that some additional interest may have accrued with respect to the particular item, and so long as the final amount paid is not materially different

from that proposed, it may be paid. The Debtor-in-Possession shall account for all such payments in her Monthly Operating Reports. This Order does not permit the payment of any obligation that requires Bankruptcy Court approval until such approval is obtained from the Bankruptcy Court.

1. Delinquent property taxes for 145 N. Otsego, approximately $8,426.79.
2. 2014 Summer Taxes for 145 N. Otsego, approximately $5,210.97
3. Delinquent property taxes for 93 Invitational Dr., approximately $7,881.54.
4. Winter 2013 property taxes for 93 Invitational Dr., approximately $3,037.31.
5. Summer 2013 property taxes for 93 Invitational Dr., approximately $3,664.25.
6. Delinquent property taxes for Lot 13, approximately $367.05.
7. Winter 2013 property taxes for Lot 13, approximately $134.71.
8. Summer 2014 property taxes for Lot 13, approximately $93.62.
9. Insurance for one year on 145 N. Otsego, $2,561.44.
10. Delinquent property taxes on 218 N. Harrington, approximately $10,642.07.
11. Delinquent property taxes on 1418 E. Riverside, approximately $11,918.62.
12. Solon, Winnett & Rosenfield, CPAs, $2,867.00, upon entry of an order authorizing payment of fees and costs.
13. Delinquent property taxes on Corbett no. 1, approximately $43,732.62.
14. Delinquent property taxes on Corbett no. 2, approximately $45,122.38.
15. Delinquent property taxes on Corbett no. 3, approximately $46,828.75.
16. Current property taxes on 13621 Dalmatian, $5,343.63.
17. Current property taxes on 316 N. Rossmore, $3,542.27.
18. Current property taxes on Hewitt #102, $11,996.96.
19. Current property taxes on Benton #3, $6,377.19.
20. Current property taxes on Benton #4, $6,390.90.
21. Current property taxes on 4365 L. Honoapiilani # 120, $3,927.19.

22. Current property taxes on 218 N. Harrington, $5,347.36.
23. Current property taxes on 1418 E. Riverside, $5,878.30.
24. Current property taxes on 3401 W. Gregory, $3,190.44.
25. Final tax payment on 1430 HiLo Dr., $1,434.52.
26. Forman Mechanical, LLC, $3,400.00.
27. Current property taxes on 910 Corbett #1, $10,089.68.
28. Current property taxes on 910 Corbett #2, $10,404.24.
29. Current property taxes on 910 Corbett, #3, $10,718.82.
30. Cash collateral payment to Pacific Mercantile Bank re Corbett #1, #2 and #3, $19,631.97.
31. Cash collateral payment to Pacific Mercantile Bank re 4365 Honoapiilami, $5,112.36.
32. Barker Block HOA (510 S. Hewitt), $2,165.84.
33. Royal Kahana HOA, $5,017.16.
34. Cash collateral payment to City National Bank re: 316 N. Rossmore, $4,664.10.
35. Fauberg St. Gilles HOA re 316 N. Rossmore, $1,813.42.
36. Reserve for updated appraisals and 11/24 hearing costs, $7,000.00.
37. Transfer to Hewitt #102 DIP account 4185, as the cash collateral of the lender, to be held until the Debtor obtains a cash collateral order with respect to that property.  The Debtor may use these funds to pay HOA or property insurance expense due on or after November 1, 2014, with respect to the Hewitt #102 property.
38. Reserve for repairs to 145 N. Otsego, $20,000.00, to be held in the DIP account for that property.
39. Reserve for retention of bankruptcy counsel, $20,000.00, to be held until authorized to be used by the Bankruptcy Court.
40. Reserve for property maintenance and expenses, $21,064.53, or such amount as is left over after payment of items nos. 1 through 39 from the funds transferred by Greenberg & Bass from its client trust account, to be held in a general DIP account.

The appeal is hereby stayed. The Court will hold a status conference on the appeal on December 22, 2014, at 8:30 a.m. The parties shall file a status report with the Court by December 18, 2014. The Court would appreciate a report with the status of the 9th Circuit Appeal on the fee award.

Dated: October 29, 2014

_____
GEORGE H. WU, U.S. District Judge

Submitted by:

*/s/ George E. Schulman*
George E. Schulman
Danning, Gill Diamond& Kollitz, LLP
Attorneys for Appellant

Approved as to form and content:

_____
Shirley Ann McClure, Respondent, Debtor and
Debtor in Possession

*/s/ Faye C. Rasch*
Faye C. Rasch
Possible Bankruptcy Counsel to Respondent, Debtor
and Debtor in Possession

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

On October 22, 2014, I served true copies of the following document(s) described as **ORDER ON APPELLANT'S MOTION FOR AN EMERGENCY STAY,** on the interested parties in this action as follows:

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address ccripe@dgdk.com to the persons at the e-mail addresses listed in the Service List.  I sent this transmission at approximately 4:15 p.m.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Shirley Foose McClure - shirleyfoosemcclure@yahoo.com

Faye C. Rasch - frasch@ecjlaw.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2014, at Los Angeles, California.

*/s/ Cindy M. Cripe*
Cindy M. Cripe