UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER 2:14-cv-07640-GW
(consolidated with 2:15-cv-02745-GW, 2:15-cv-08324-GW,
2:16-cv-02836-GW, 2:17-cv-05460-GW, 2:17-cv-05462-GW, and
2:18-cv-05540-GW)

BANKRUPTCY CASE NO. 2:13-bk-10386-GM
[CHAPTER 7]

SHIRLEY ANN McCLURE aka/dba SHIRLEY FOOSE McCLURE,
SAM MARKETING SERVICES, DEBTOR

---

APPELLANT
BARRETT S. LITT

APPELLEE
JOHN P. REITMAN, CHAPTER 11 TRUSTEE FOR SHIRLEY ANN McCLURE

**STIPULATION FOR DISMISSAL OF CONSOLIDATED APPEALS**

GEORGE E. SCHULMAN (State Bar No. 064572)
gschulman@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Appellant, Barrett S. Litt

Appellant Barrett S. Litt ("Litt") and Appellee John P. Reitman, as Chapter 11 Trustee (the "Trustee") for the bankruptcy estate of Shirley Ann McClure ("McClure"), by and through their counsel, hereby stipulate to dismissal of the consolidated appeals pursuant to the terms of the *Settlement Agreement and Mutual Release* entered into between Litt and the Trustee and approved by the Bankruptcy Court, as follows:

1. This appeal (case no. 2:14-cv-07640-GW) and each of the individual appeals consolidated herein (case nos. 2:15-cv-02745-GW, 2:15-cv-08324-GW, 2:16-cv-02836-GW, 2:17-cv-05460-GW, 2:17-cv-05462-GW and 2:18-cv-05540-GW) shall be and hereby are dismissed.

2. Each party shall bear its own fees and costs incurred in the appeals.

DATED: April 29, 2019       DANNING, GILL, DIAMOND & KOLLITZ, LLP

By:   /s/ George E. Schulman
      GEORGE E. SCHULMAN
      Attorneys for Appellant,
      Barrett S. Litt

DATED: April 29, 2019　　　LANDAU GOTTFRIED & BERGER LLP

By: _____/s/ Jon L.R. Dalberg_____
JON L.R. DALBERG
Attorneys for Appellee,
John P. Reitman, as Chapter 11 Trustee for the bankruptcy estate of Shirley Ann McClure

IT IS SO ORDERED

Dated: April 30, 2019

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE